Henry Szymanowski, Plaintiff-Appellee, v. Royal B. Kellogg, Defendant-Appellant.

Gen. No. 49,660.

First District, Fourth Division.

September 24, 1965.

Jerome Marvin Kaplan and George B. Collins, of Chicago, for appellant; Sidney S. Schiller and Stephen A. Schiller, of Chicago, for appellee. Opinion by JUSTICE ENGLISH. Not to be published in full.